# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

133309

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

QUESHON QUAMON BARKUS,
      Defendant-Appellant.

SC: 133309
COA: 274765
Oakland CC: 05-204135-FH
             05-204137-FH

_____/

On order of the Court, the application for leave to appeal the January 10, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the Oakland Circuit Court erred in scoring Sentencing Guidelines Offense Variable 13, MCL 777.43, at 25 points. See *People v Francisco,* 474 Mich 82, 86 (2006). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

_____
Clerk

t0613